**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
**JOHN L. KANE**     DENVER, COLORADO 80294
SENIOR JUDGE     (303) 844-6118
John_L_Kane@cod.uscourts.gov

# M E M O R A N D U M

**TO:** Greg Langham, Clerk
Attn: Kathy Triplett

**FROM:** Judge John L. Kane

**DATE:** July 10, 2012

**RE:** Criminal Action No. **12-cr-290-JLK**

Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.